IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 05–cr–00374–EWN–12

UNITED STATES OF AMERICA,

    Plaintiff,

v.

12. ERIKA MCGEE,

    Defendant.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The "Unopposed Motion to Waive Appearance of Defendant Erika McGee at January 13, 2006 Status Conference" filed January 8, 2006, is GRANTED.

Dated: January 12, 2006