IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 05–cr–00374–EWN–12

UNITED STATES OF AMERICA,

      Plaintiff,

v.

12. ERIKA MCGEE,

      Defendant.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The "Unopposed Motion to Waive Appearance of Defendant at Motions Hearing Scheduled for March 8, 2006" (#489, filed March 1, 2006) and the "Notice of Counsel's Unavailability for March 8, 2006 Motions Hearing and Unopposed Substitution of Counsel for Said Hearing" (docketed as a motion, #487, filed March 1, 2006) are GRANTED.

Dated: March 7, 2006